3

Timothy C. Springer, Esq. #207229
**Nancy D. Klepac, Esq. #253896**
LAW OFFICES OF TIMOTHY C. SPRINGER
4905 N. West, Suite 102
Fresno, CA 93705
Telephone: (559) 225-3622
Facsimile: (559) 225-3459
**Attorney for Debtor**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| In the Matter of:<br><br>SALVADOR PULIDO<br><br><br>Debtor. | Case No. 19-13822-B-13F<br><br>DCN: TCS-4<br><br>CHAPTER 13<br><br>Hearing date and Time:<br>Date:  December 1, 2021<br>Time:  9:30 A.M.<br>Dept: B<br>Ctrm: 13(5th Floor)<br>United States Bankruptcy Court<br>2500 Tulare Street<br>Fresno, California 93721-1318<br>Judge: Hon. René Lastreto II |
|---|---|

**<u>NOTICE OF MOTION FOR AUTHORIZATION TO REFINANCE EXISTING DEBT</u>**

**YOU ARE HEREBY NOTIFIED** that Debtor, Salvador Pulido, has filed a MOTION FOR APPLICATION FOR AUTHORIZATION TO REFINANCE EXISTING DEBT. Debtor will move the court to approve their motion at the above date and time, or as soon thereafter as the matter may be heard, in Department "B" of the above-entitled court, located at the U.S. Courthouse, 2500 Tulare Street, Courtroom 13, 5th Floor, Fresno, California 93721.

**YOU ARE HEREBY NOTIFIED** that pursuant to Local Rule of Bankruptcy Practice 9014(f)(1), opposition, if any, to the Court granting this Motion, shall be in writing and shall be served and filed with the Clerk by the Responding Party not less than Fourteen Calendar Days

Page 1

**NOTICE OF MOTION TO REFINANCE EXISTING DEBT**

(14) preceding the date or continued date of the hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to the motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the Motion without further argument or may result in the imposition of sanctions. Opposition should be sent to:

| Law Office of Timothy C. Springer | Michael H Meyers |
|---|---|
| 4905 N. West Ave. Suite 102 | Chapter 13 Trustee |
| Fresno, CA 93705 | P.O. BOX 28950 |
| | Fresno, CA 93729 |

Office of The United States Trustee
2500 Tulare Street Suite 1401
Fresno, CA 93721

**PLEASE TAKE FURTHER NOTICE** that the opposition shall so specify whether the Responding Party consents to the Court's resolution of disputed factual issues pursuant to Rule 43(e), Fed. R. Civ. P., as made applicable to these proceedings pursuant to Rule 9017, Fed. R. Bankr. P. If the Responding Party does not so consent, the opposition shall include a separate statement identifying each disputed factual issue. The separate statement shall enumerate discretely each of the disputed material factual issues and cite the particular portions of the record demonstrating that a factual issue is both material and in dispute. Failure to file a separate statement shall be construed as consent to the resolution of the motion and all disputed material factual issues pursuant to Rule 43(e), Fed. R. Civ. P.

**PLEASE TAKE FURTHER NOTICE** that parties can determine whether the matter has been resolved without oral argument or whether the court has issued a tentative ruling and can view any pre-hearing dispositions by checking the Court's website at

NOTICE OF MOTION TO REFINANCE EXISTING DEBT

www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing, and that parties appearing telephonically must view the pre-hearing dispositions prior to the hearing.

Date: November 4, 2021

Law Offices of Timothy C. Springer

By: Nancy D. Klepac
Attorney for Debtors

NOTICE OF MOTION TO REFINANCE EXISTING DEBT